COMMERCIAL TRUST COMPANY OF NEW JERSEY et al., executors, &c., complainants,

*v.*

THE BELHALL COMPANY et al., defendants.

[Decided October 9th, 1935.]

34

*Messrs. Hood, Lafferty & Campbell* (*Mr. Richard C. Plumer,* of counsel), for the appellant.

*Wall, Haight, Carey & Hartpence* (*Mr. William H. Carey,* of counsel), for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Fielder in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 15.

*For reversal*—None